UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRY LEE CALLENDRET,

        Petitioner,

   v.

PAT GLEBE,

        Respondent.

CASE NO. C13-5853 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    This action is **DISMISSED without prejudice**; and

(3)    This case is closed.

Dated this 25th day of November, 2013.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER